1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEDVIENO D'BARGE MAYES,              No.  2:19-cv-02236-TLN-CKD

12                  Plaintiff,

13          v.                             **ORDER**

14   M. EDWARDS, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 15, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  (ECF No. 36.)  Plaintiff

23   has filed objections to the findings and recommendations.  (ECF No. 37.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed February 15, 2022, are adopted in full; and

2.  Defendants' Motion for Summary Judgment (ECF No. 28) is:

   a.  GRANTED with respect to Plaintiff's claims against Defendants Valenzuela, Vargas, and McDougle for use of excessive force in violation of the Eighth Amendment;

   b.  GRANTED with respect to Plaintiff's claims against Defendants Valenzuela, Vargas, McDougle arising under the Eighth Amendment for exposure to harmful conditions of confinement; and

   c.  DENIED as to Plaintiff's claim against Defendant Edwards arising under the Eighth Amendment for exposure to harmful conditions of confinement.

**DATED:**  March 24, 2022

Troy L. Nunley
United States District Judge